# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL JONES,

      Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.
d/b/a Cabela's Club,

      Defendant.
_____/

Case No. 18-cv-14048
Hon. Matthew F. Leitman

## ORDER EXTENDING DISCOVERY DEADLINES

Pursuant to the parties' stipulation, the Court extends the following dates / deadlines in this matter:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | September 27, 2019 | October 28, 2019 |
| Rule 26(a)(2) Proponent Expert Disclosures | October 25, 2019 | November 25, 2019 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | November 25, 2019 | December 20, 2019 |
| Expert Discovery Cutoff | December 20, 2019 | January 10, 2020 |
| Dispositive Motions and Challenges to Experts | January 24, 2020 | Same |
| Rule 26(a)(3) Pretrial Disclosures | March 20, 2020 | Same |
| Motions *in Limine* | April 17, 2020 | Same |
| Final Pretrial Order | May 6, 2020 | Same |
| Final Pretrial Conference | May 20, 2020 at 1:30 pm | Same |
| Trial Date | June 2, 2020 at 9:00 am | Same |

**IT IS SO ORDERED**

Dated: September 3, 2019

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE